SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
1875 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 297-3266
FAX: (559) 297-3272

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No.: 10-10458 |
| REBECCA HARRIET SCOTT | DC No.: SAS-001 |
| Debtor. | **MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** |
| | Date: October 6, 2010 |
| | Time: 10:00 a.m. |
| | Dept: B |
| | Judge: Honorable W. Richard Lee |

**TO THE HONORABLE W. RICHARD LEE UNITED STATES BANKRUPTCY JUDGE:**

1. Sheryl A. Strain duly appointed qualified, and acting Trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on January 19, 2010 and on January 20, 2010 Sheryl A. Strain was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of U.S.C. §1334(a). This a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is a 2005 Chevrolet Tahoe ("Tahoe"), mileage 90,000 Vehicle Identification No. 1GNEC13T75R162419 with an approximate fair market value of $7,500.00.

5. The debtors schedule listed the value of the Tahoe at $7,500.00. The Trustee performed her own valuation of the Chevrolet Tahoe at $7,500.00. The debtors claimed $2,550.00 of the value of the Tahoe exempt under California Code §704.010.

6. The Trustee has received an offer from the debtor, Rebecca Harriet Scott, to purchase the non-exempt equity in the 2005 Chevrolet Tahoe for the total sum of Three Thousand Six Hundred and 00/100 Dollars ($3,600.00) cash. The total sum of $3,600.00 has been received by the estate.

7. In deciding to accept the proposed offer, the Trustee took into consideration the fair market value of the vehicle and the costs associated with taking possession of, storing, and selling the vehicle at auction. The Trustee does not believe that the estate would net a higher amount by selling the vehicle at auction.

8. The Trustee believes that sales of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** the Trustee prays that after appropriate notice and opportunity to be heard, she be authorized to sell the above-described asset to the debtor, Rebecca Harriet Scott, for the total sum of $3,600.00.

Dated: September 2, 2010            /s/
                                                                              Sheryl A. Strain
                                                                              Chapter 7 Trustee